In re:                                          Chapter 7

ROLAND GARRISON and                  Case No. 25-31187-KKS
PATRICIA A. ASHBURN-GARRISON,

    Debtors.

_____/

## AGREED MOTION TO FURTHER EXTEND TIME TO RESPOND TO MOTION FOR RELIEF FROM STAY FILED BY CAPITAL CITY HOME LOANS, LLC REGARDING REAL PROPERTY

ROLAND GARRISON and PATRICIA A. ASHBURN-GARRISON (the "**Debtors**") respectfully request a further extension of the deadline to respond to the *Motion for Relief from Stay filed by Capital City Home Loans, LLC Regarding Real Property* (the "**Stay Relief Motion**") (Doc. No.22), and in support thereof state as follows:

1. On November 20, 2025 ("**Petition Date**"), the Debtors filed their voluntary petition under Chapter 7 of the Bankruptcy Code.

2. The Debtors scheduled their ownership interest in real property located at 3020 Brown Road in Defuniak Springs, Florida (the "**Real Property**"), and claimed the Real Property exempt under the homestead exemption on Schedule C.

3.      On December 18, 2025, Capital City Home Loans, LLC ("**Capital City**") filed the Stay Relief Motion, seeking relief from the automatic stay imposed by Section 362 of the Bankruptcy Code on the grounds that the Debtors' were delinquent in their mortgage payments.

4.      The negative notice period to respond to the Stay Relief Motion expired on January 8, 2026.

5.      On January 8, 2026, the Debtors filed an *Agreed Motion to Extend Time to Respond to Motion for Relief from Stay Filed by Capital City Home Loans, LLC Regarding Real Property* (Doc. No. 24) (the "**Motion to Extend**") and requested an extension through and including January 20, 2026, to file a response. On January 12, 2026, the Court entered an order granting the Motion to Extend (Doc. No. 26).

6.      The Debtors are in the process of bringing the delinquent payments current. The Debtors' first social security payments for 2026 have been delayed by approximately a week. Accordingly, the Debtors will need additional time in order to bring the payments current.

7.      The undersigned has conferred with counsel for Capital City who has agreed to an extension of the deadline through and including January 27, 2026, in order to allow the Debtors more time to bring the payments current and to respond to the Stay Relief Motion.

4918-2695-9753, v. 1

WHEREFORE, the Debtors respectfully request that the Court enter an Order (a) granting the Motion; (b) further extending the deadline for the Debtors to respond to the Stay Relief Motion through and including January 27, 2026; and (c) granting such other and further relief as the Court deems appropriate.

/s/ Jodi Daniel Dubose
Jodi Daniel Dubose (FBN 052651)
Stichter Riedel Blain & Postler, P.A.
440 Bayfront Pkwy.
Pensacola, FL  32502
Telephone: (850) 637-1836
Email: jdubose@srbp.com
Attorneys for Debtors

4918-2695-9753, v. 1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Agreed Motion to Further Extend Time to Respond to Motion for Relief from Stay filed by Capital City Home Loans, LLC Regarding Real Property* has been furnished on this 20th day of January, 2026, by the Court's electronic mail to the parties listed below.

**ELECTRONIC SERVICE LIST**

Theresa M. Bender
tmbenderch7@gmail.com, FL62@ecfcbis.com;tmbenderch7@ecf.inforuptcy.com

Jodi Daniel Dubose on behalf of Debtor Roland Garrison
jdubose@srbp.com, jdubose.ecf@srbp.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Sarah St John Walton on behalf of Creditor S.H.S. Contracting, L.L.C.
swalton@philipbates.net, pbates@philipbates.net;dwatts@philipbates.net

George Steven Zamora on behalf of Creditor CAPITAL CITY HOME LOANS, LLC
gzamora@kasslaw.com, bankruptcynotices@kasslaw.com

*/s/ Jodi Daniel Dubose*
Jodi Daniel Dubose

4918-2695-9753, v. 1